# FEDERAL WAIVER OF SERVICE OF SUMMONS

TO:  Rebecca A. Solarz
     KML Law Group, P.C.
     BNY Mellon Independence Center
     Suite 500
     701 Market Street
     Philadelphia, PA  19106-1532

      I acknowledge receipt of your request that I waive service of a summons in the action of DIAN J. EDWARDS, Docket number 16-05913, in the United States District Court for the Eastern District of Pennsylvania. I have also received a copy of this instrument, and a means by which I can return the signed waiver to you without cost to me.

      I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I be served with judicial process in the manner provided by Rule 4.

      I will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the Court except for objections based on a defect in the summons or in the service of the summons.

      I understand that a judgment may be entered against me if an answer or motion under Rule 12, is not served upon you within 60 days after November 21, 2016 (date request was sent), or within 90 days after that date if the request was sent outside the Untied States.

      __X__ I am not in military service of the United States.
      _____ I am presently in military service of the United States.

Branch: _____
Age: _____
Marital Status: _____
Number of Dependants:

11/28/16
Date

Signature: *Dian Edwards*

Print/Type Name: DIAN EDWARDS
Address: 3957 N SMEDLEY ST
PHILA PA 19140